**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Nevada
                          (State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Flirtey Holdings, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   SkyDrop

3. **Debtor's federal Employer Identification Number (EIN)**

   4 7 – 4 7 7 7 1 6 4

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 4920   Brookside Court | |
   | Number   Street | Number   Street |
   | | P.O. Box 300 |
   | | P.O. Box |
   | Reno          NV   89502 | Blountville       TN   37617 |
   | City          State   ZIP Code | City          State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Washoe | |
   | County | Number   Street |
   | | City          State   ZIP Code |

5. **Debtor's website** (URL)

Debtor    Flirtey Holdings, Inc.
_____
Name
Case number (if known)_____

---

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>4</u>   <u>8</u>   <u>1</u>   <u>2</u>

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor    Flirtey Holdings, Inc._____    Case number (if known)_____
Name

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No

   ☐ Yes.  District _____  When _____  Case number _____
   MM / DD / YYYY

   District _____  When _____  Case number _____
   MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No

    ☑ Yes.  Debtor  Flirtey Inc._____  Relationship  Subsidiary_____

    District  Nevada_____  When _____
    MM / DD / YYYY

    Case number, if known  _____

---

11. **Why is the case filed in *this* district?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number        Street

    _____

    _____
    City                                State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

**Statistical and administrative information**

---

| Debtor | Flirtey Holdings, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02 / 23 / 2024
        MM  / DD / YYYY

✗ _[signature]_                                           Matthew Sweeny
Signature of authorized representative of debtor          Printed name

Title Director

---

Debtor   Flirtey Holdings, Inc.
_____        Case number (*if known*)_____
Name

**18. Signature of attorney**        ✗ */s/ Thomas H. Fell*
_____        Date    2/23/2024
Signature of attorney for debtor                              _____
                                                              MM  / DD / YYYY

Thomas H. Fell, Esq.
_____
Printed name

Fennemore Craig, P.C.
_____
Firm name

9275 W. Russell Road, Suite 240
_____
Number        Street

Las Vegas
_____        NV        89148
_____
City                                            State      ZIP Code

702-692-8000
_____        TFell@FennemoreLaw.com
_____
Contact phone                                   Email address

3717
_____        Nevada
_____
Bar number                                      State

**FLIRTEY HOLDINGS, INC.**
**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS**

Effective Date: January 31, 2024

The undersigned, being all of the Directors (the "Board") of Flirtey Holdings, Inc., a Delaware Corporation (the "Company"), hereby approves and adopts the following resolutions by unanimous written consent (this "Consent"), as authorized by the Bylaws of the Company and the Delaware General Corporation Law:

RESOLVED that in the judgment of the directors of the Company, and upon the advice of counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings.

RESOLVED that Matthew Sweeny (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case, but consistent with the provisions of the Bankruptcy Code.

RESOLVED that the law firm of Fennemore Craig (or any other law firm selected by the Authorized Person in the name and on behalf of the Company) is engaged and shall continue its engagement as attorneys for the Company in the chapter 7 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems necessary and proper to commence the chapter 7 case.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 7 case be, and the same hereby are, ratified, confirmed, and approved.

[*Signature Page Follows*]

IN WITNESS WHEREOF, the undersigned, hereby approves this Written Consent as of the date first above written.

This Consent shall be filed with the minutes of the proceedings of the Board and shall have the same force as a unanimous vote of the directors.  This Consent may be executed in multiple counterparts, each of which shall be an original and all of which taken together shall form a single instrument effective as of the day set forth above when executed by all of the members of the Board in the places indicated for their signature.  Upon execution of this Consent, the undersigned hereby direct that this Consent be filed in the Company's minute book.

*Matthew Sweeny*

_____
**MATTHEW SWEENY, DIRECTOR**


_____
**SKYLER KACHURAK, DIRECTOR**


_____
**BRANDON SMITH, DIRECTOR**

IN WITNESS WHEREOF, the undersigned, hereby approves this Written Consent as of the date first above written.

This Consent shall be filed with the minutes of the proceedings of the Board and shall have the same force as a unanimous vote of the directors.  This Consent may be executed in multiple counterparts, each of which shall be an original and all of which taken together shall form a single instrument effective as of the day set forth above when executed by all of the members of the Board in the places indicated for their signature.  Upon execution of this Consent, the undersigned hereby direct that this Consent be filed in the Company's minute book.

_____
**MATTHEW SWEENY, DIRECTOR**

_____
**SKYLER KACHURAK, DIRECTOR**

_____
**BRANDON SMITH, DIRECTOR**

1

IN WITNESS WHEREOF, the undersigned, hereby approves this Written Consent as of the date first above written.

This Consent shall be filed with the minutes of the proceedings of the Board and shall have the same force as a unanimous vote of the directors. This Consent may be executed in multiple counterparts, each of which shall be an original and all of which taken together shall form a single instrument effective as of the day set forth above when executed by all of the members of the Board in the places indicated for their signature. Upon execution of this Consent, the undersigned hereby direct that this Consent be filed in the Company's minute book.

_____
MATTHEW SWEENY, DIRECTOR


_____
SKYLER KACHURAK, DIRECTOR

*Brandon W. Smith*
_____
BRANDON SMITH, DIRECTOR

Fill in this information to identify the case and this filing:

Debtor Name  Flirtey Holdings, Inc.

United States Bankruptcy Court for the: _____ District of  Nevada
                                                                      (State)

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/23/2024        ✗ _____
               MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                         Matthew Sweeny
                                         Printed name

                                         Director
                                         Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name  Flirtey Holdings, Inc. _____

United States Bankruptcy Court for the: _____ District of  Nevada
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**   **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.......................................................................   $ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*....................................................................   $ 72,433.99

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*......................................................................   $ 72,433.99

---

**Part 2:**   **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.........   $ 2,657,722.82

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................   + $ 235,880.44

4. **Total liabilities**.......................................................................................................   $ 2,893,603.26
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name __Flirtey Holdings, Inc.__

United States Bankruptcy Court for the: _____ District of __Nevada__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Silicon Valley Bank | Checking | 2 2 7 8 | $ 22,433.99 |
| 3.2. | | | _ _ _ _ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $_____ |
| --- | --- | --- |
| 4.2. | _____ | $_____ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 22,433.99

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | _____ | $_____ |
| --- | --- | --- |
| 7.2. | _____ | $_____ |

| Debtor | Flirtey Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 0.00

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:     _____ – _____ = ........➔     $_____
                                              face amount            doubtful or uncollectible accounts

11b. Over 90 days old:     _____ – _____ = ........➔     $_____
                                             face amount            doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 0.00

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____     _____     $_____

14.2._____     _____     $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                                              % of ownership:

15.1. Flirtey Inc._____     100 __%     _____     $ 0.00

15.2. Flirtey Limited (New Zealand)_____     100 __%     _____     $ 0.00

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____     _____     $_____

16.2._____     _____     $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

---

Debtor   Flirtey Holdings, Inc.
         Name

Case number (if known)_____

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $_____ | | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Debtor    Flirtey Holdings, Inc.
_____     Case number (if known)_____
          Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** Software related to drone delivery system and regulatory approval documentation | $_____ | _____ | $ 0.00 |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Flirtey Holdings, Inc.
_____    Case number (if known)_____
Name

---

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number (*if known*)_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** See patents and trademarks list attached as Exhibit A/B-60 | $_____ | _____ | $ 50,000.00 |
| 61. **Internet domain names and websites** See domain list attached as Exhibit A/B-61 | $_____ | _____ | $ 0.00 |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 50,000.00

Debtor    Flirtey Holdings, Inc.
_____    Case number (if known)_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
  ☐ No
  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ☐ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ☐ No
  ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.
  ☐ No. Go to Part 12.
  ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
  Description (include name of obligor)
  _____    _____ – _____ = ➔    $_____
  Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
  Description (for example, federal, state, local)
  Unknown, VP Finance left the company. Tax work    Tax year _____    $ Unknown
  performed by Michael D. Bosma    Tax year _____    $_____
  _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
  D&O Insurance    $ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
  _____    $_____
  Nature of claim    _____
  Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
  _____    $_____
  Nature of claim    _____
  Amount requested    $_____

76. **Trusts, equitable or future interests in property**
  _____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
  _____    $_____
  _____    $_____

78. **Total of Part 11.**
  Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number *(if known)*_____

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 22,433.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 50,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 72,433.99 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................ $ 72,433.99

# EXHIBIT A/B-60
Patents and Trademarks

# EXHIBIT A/B-60

| Patent Attorney (EIP) Reference | Client (SkyDrop) Reference | Title | Country | App No. | App Date | Grant No. | Grant Date | Expiry Date (Patent Term) | Owner | Category | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E2464.100(T).AUW | AU1.1 | Parachute Deployment System for an Unmanned Aerial Vehicle | Australia | 2016338690 | 2016-10-14 | 2016338690 | 2021-06-03 | 2036-10-14 | Flirtey Holdings, Inc. | PCT National Phase | Granted |
| E2464.100(T).EPW | EP1.1 | Parachute Deployment System for an Unmanned Aerial Vehicle | European Patent Office | 16856325.2 | 2016-10-14 | EP3362356 | 2023-06-14 | 2036-10-14 | Flirtey Holdings, Inc. | PCT National Phase | Granted |
| E2464.100(T).US+ | US1.1 | Parachute Deployment System for an Unmanned Aerial Vehicle | United States of America | 15/294,479 | 2016-10-14 | 10,112,721 | 2018-10-30 | 2036-10-14 | Flirtey Holdings, Inc. | Standard Filing | Granted |
| E2464.100(T).US1+ | US1.2 | Parachute Control System for an Unmanned Aerial Vehicle | United States of America | 15/294,489 | 2016-10-14 | 10,703,494 | 2020-07-07 | 2036-10-14 | Flirtey Holdings, Inc. | Standard Filing | Granted |
| E2464.100(T).US1C1+ | US1.1(Continuation) | Continuation - Parachute Control System For An Unmanned Aerial Vehicle | United States of America | 16/694,705 | 2019-11-25 | 11,338,923 | 2022-05-24 | 2036-10-14 | Flirtey Holdings, Inc. | Continuation (C1, C2, etc.) | Granted |
| E2464.100(T).US1CP1+ | US3.0 | Package Delivery Mechanism in an Unmanned Aerial Vehicle | United States of America | 15/612,789 | 2017-06-02 | 10,618,655 | 2020-04-14 | 2036-10-14 | Flirtey Holdings, Inc. | Continuation In Part (CP1, CP2, etc.) | Granted |
| E2464.100(T).ZAW | ZA1.1 | Parachute Deployment System for an Unmanned Aerial Vehicle | South Africa | 2018/01884 | 2016-10-14 | 2018/01884 | 2019-09-25 | 2036-10-14 | Flirtey Holdings, Inc. | PCT National Phase | Granted |
| E2464.101(T).AUW | AU1.2 | Parachute Control System for an Unmanned Aerial Vehicle | Australia | 2016337362 | 2016-10-14 | 2016337362 | 2021-06-24 | 2036-10-14 | Flirtey Holdings, Inc. | PCT National Phase | Granted |
| E2464.101(T).EPW | EP1.2 | Parachute Control System for an Unmanned Aerial Vehicle | European Patent Office | 16856334.4 | 2016-10-14 | EP3362360 | 2023-06-14 | 2036-10-14 | Flirtey Holdings, Inc. | PCT National Phase | Granted |
| E2464.101(T).ZAW | ZA1.2 | Parachute Control System for an Unmanned Aerial Vehicle | South Africa | 2018/01885 | 2016-10-14 | 2018/01885 | 2019-10-30 | 2036-10-14 | Flirtey Holdings, Inc. | PCT National Phase | Granted |
| E2786.750.DE(EPW3) | DE3.1 | Delivery Mechanism | Germany | 18734685.3 | 2018-06-01 | EP3630607 | 2022-08-10 | 2038-06-01 | Flirtey Holdings, Inc. | EP National Validation | Validation Completed |
| E2786.750.FR(EPW) | FR3.1 | Delivery Mechanism | France | 18734685.3 | 2018-06-01 | EP3630607 | 2022-08-10 | 2038-06-01 | Flirtey Holdings, Inc. | EP National Validation | Validation Completed |
| E2786.750.GB(EPW) | GB3.1 | Delivery Mechanism | United Kingdom | 18734685.3 | 2018-06-01 | EP3630607 | 2022-08-10 | 2038-06-01 | Flirtey Holdings, Inc. | EP National Validation | Validation Completed |
| E2786.750.USC1W+ | US3.1 | Delivery Mechanism | United States of America | 16/687,427 | 2019-11-18 | | | 2038-06-01 | Flirtey Holdings, Inc. | Bypass Continuation | Application Allowed |
| E2841.001(T).EPW | EP6.0 | Delivery Surface Detection | European Patent Office | 18780281.4 | 2018-09-13 | | | 2038-09-13 | Flirtey Holdings, Inc. | PCT National Phase | Examination in Progress |
| E2841.001(T).USC1W+ | US6.0 | Delivery Surface Detection | United States of America | 16/817,427 | 2020-03-12 | | | 2038-09-13 | Flirtey Holdings, Inc. | Bypass Continuation | Examination in Progress |
| E2841.002(T).EPW | EP7.0 | Beyond LoS Detection System | European Patent Office | 18779953.1 | 2018-09-13 | | | 2038-09-13 | Flirtey Holdings, Inc. | PCT National Phase | Application Published |
| E2841.002(T).USC1WC1+ | US7.0 | Continuation - Beyond LoS Detection System | United States of America | 17/674,249 | 2022-02-17 | | | 2038-09-13 | Flirtey Holdings, Inc. | Continuation (C1, C2, etc.) | Examination in Progress |
| E2841.003(T).DE(EPW3) | DE8.3 | Centering Mechanism | Germany | 18800350.3 | 2018-09-13 | EP3681803 | 2022-05-11 | 2038-09-13 | Flirtey Holdings, Inc. | EP National Validation | Validation Completed |
| E2841.003(T).EPW1 | EP8.1 | Windshield | European Patent Office | 18779954.9 | 2018-09-13 | | | 2038-09-13 | Flirtey Holdings, Inc. | PCT National Phase | Examination in Progress |
| E2841.003(T).FR(EPW3) | FR8.3 | Centering Mechanism | France | 18800350.3 | 2018-09-13 | EP3681803 | 2022-05-11 | 2038-09-13 | Flirtey Holdings, Inc. | EP National Validation | Validation Completed |
| E2841.003(T).GB(EPW3) | GB8.3 | Centering Mechanism | United Kingdom | 18800350.3 | 2018-09-13 | EP3681803 | 2022-05-11 | 2038-09-13 | Flirtey Holdings, Inc. | EP National Validation | Validation Completed |
| E2841.003(T).USC1W1+ | US8.1 | Windshield | United States of America | 16/817,412 | 2020-03-12 | | | 2038-09-13 | Flirtey Holdings, Inc. | Bypass Continuation | Application Published |
| E2841.003(T).USC1W3+ | US8.3 | Centering Mechanism | United States of America | 16/817,415 | 2020-03-12 | 11,713,136 | 2023-08-01 | 2038-09-13 | Flirtey Holdings, Inc. | Bypass Continuation | Granted |
| E3012.EPW | EP2 | Padding | European Patent Office | 19736853.3 | 2019-06-05 | | | 2039-06-05 | Flirtey Holdings, Inc. | PCT National Phase | Application Allowed |
| E3012.USC1W+ | US2 | Padding | United States of America | 17/113,896 | 2020-12-07 | | | 2039-06-05 | Flirtey Holdings, Inc. | Bypass Continuation | Examination in Progress |
| E3084.EPW | EP8.0 | Package Delivery | European Patent Office | 19783765.1 | 2019-09-13 | | | 2039-09-13 | Flirtey Holdings, Inc. | PCT National Phase | Application Published |
| E3084.USC1W+ | US8.0 | Package Delivery | United States of America | 17/198,083 | 2021-03-10 | | | 2039-09-13 | Flirtey Holdings, Inc. | Bypass Continuation | Application Published |
| E3085.EPW | EP8.2 | Emergency UAV | European Patent Office | 19795065.2 | 2019-09-13 | | | 2039-09-13 | Flirtey Holdings, Inc. | PCT National Phase | Application Published |
| E3085.USC1W+ | US8.2 | Emergency UAV | United States of America | 17/199,154 | 2021-03-11 | | | 2039-09-13 | Flirtey Holdings, Inc. | Bypass Continuation | Examination in Progress |
| ZE2786.750.EPW | EP3.1 | Delivery Mechanism | European Patent Office | 18734685.3 | 2018-06-01 | EP3630607 | 2022-08-10 | 2038-06-01 | Flirtey Holdings, Inc. | PCT National Phase | Granted |
| ZE2841.003(T).EPW3 | EP8.3 | Centering Mechanism | European Patent Office | 18800350.3 | 2018-09-13 | EP3681803 | 2022-05-11 | 2038-09-13 | Flirtey Holdings, Inc. | PCT National Phase | Granted |

| EIP Ref. | Title | Country | App No. | App Date | Grant No. | Grant Date | Local Classes | Status |
|---|---|---|---|---|---|---|---|---|
| T2747(T).CN#(09) | FLIRTEY | China | 25859138 | 2017-08-15 | 25859138 | 2018-08-21 | 9 | Registered |
| T2747(T).CN#(35) | FLIRTEY | China | 25859137 | 2017-08-15 | 25859137 | 2018-11-07 | 35 | Registered |
| T2747(T).CN#(39) | FLIRTEY | China | 25859139 | 2017-08-15 | 25859139 | 2019-09-28 | 39 | Registered |
| T2747(T).CN#(42) | FLIRTEY | China | 25859136 | 2017-08-15 | 25859136 | 2018-08-21 | 42 | Registered |
| T2747(T).US# | FLIRTEY | United States of America | 86/090,304 | 2013-10-13 | 4537285 | 2014-05-27 | 12,39 | Registered |
| T2747.L01(T).CNM | FLIRTEY | China | 1457764 | 2018-09-18 | | 2021-12-24 | 12,35,39 | Registered |
| T2747.L01(T).INM | FLIRTEY | India | 1457764 | 2018-09-18 | | 2018-09-18 | 12,35,39 | Registered |
| T2747.L01(T).JPM | FLIRTEY | Japan | 1457764 | 2018-09-18 | | 2018-09-18 | 12,35,39 | Registered |
| T2747.L01(T).MP | FLIRTEY | Madrid Protocol (TM) | 1457764 | 2018-09-18 | 1457764 | 2018-09-18 | 12,35,39 | Registered |
| T2747.L01(T).US# | FLIRTEY | United States of America | 87/955,021 | 2018-06-08 | 6719080 | 2022-05-03 | 12,35,39 | Registered |
| T2748.AUM | FLYTHRU | Australia | 1449153 | 2018-09-11 | | 2018-09-11 | 12,35,39,43 | Registered |
| T2748.CNM | FLYTHRU | China | 1449153 | 2018-09-11 | | 2019-05-08 | 12,35,39,43 | Registered |
| T2748.INM | FLYTHRU | India | 1449153 | 2018-09-11 | | | 12,35,39,43 | Examination in Progress |
| T2748.L01(T).BR(12) | FLYTHRU | Brazil | 916026116 | 2018-10-04 | 916026116 | 2019-08-20 | 12 | Registered |
| T2748.L01(T).BR(35) | FLYTHRU | Brazil | 916026795 | 2018-10-04 | 916026795 | 2019-08-20 | 35 | Registered |
| T2748.L01(T).BR(39) | FLYTHRU | Brazil | 916026914 | 2018-10-04 | 916026914 | 2019-10-15 | 39 | Registered |
| T2748.L01(T).BR(43) | FLYTHRU | Brazil | 916027023 | 2018-10-04 | 916027023 | 2019-08-20 | 43 | Registered |
| T2748.L02(T).US# | FLYTHRU | United States of America | 97/921,367 | 2023-05-04 | | | 12,39 | Application Filed |
| T2748.MP+ | FLYTHRU | Madrid Protocol (TM) | 1449153 | 2018-09-11 | | 2018-09-11 | 12,35,39,43 | Registered |
| T2748.MXM | FLYTHRU | Mexico | 1449153 | 2018-09-11 | 1449153 | 2020-02-13 | 12,35,39,43 | Registered |
| T2748.NZM | FLYTHRU | New Zealand | 1449153 | 2018-09-11 | | 2018-09-11 | 12,35,39,43 | Registered |
| T2749(T).US# | ANYTHING ANYTIME ANYWHERE | United States of America | 87/290,152 | 2017-01-05 | 5419470 | 2018-03-06 | 12 | Registered |
| T2749.L01(T).INM | ANYTHING ANYTIME ANYWHERE | India | 1432257 | 2018-09-18 | | 2018-09-18 | 12 | Registered |
| T2749.L01(T).MP | ANYTHING ANYTIME ANYWHERE | Madrid Protocol (TM) | 1432257 | 2018-09-18 | | 2018-09-18 | 12 | Registered |
| T2749.L01(T).US# | ANYTHING ANYTIME ANYWHERE | United States of America | 88/010,983 | 2018-06-22 | 6130863 | 2020-08-18 | 12 | Registered |
| T2758(T).CN#(39) | FLIRTEY (in English and Chinese Characters) | China | 20781641 | 2016-07-27 | | | 39 | Examination in Progress |
| T3381.EMM | TopDrop | European Union | 1657026 | 2021-12-28 | | | 12,35,39 | Registered |
| T3381.GBM | TopDrop | United Kingdom | 1657026 | 2021-12-28 | 1657026 | 2022-07-26 | 12,35,39 | Registered |
| T3381.MP | TopDrop | Madrid Protocol (TM) | 1657026 | 2021-12-28 | 1657026 | 2021-12-28 | 12,35,39 | Registered |
| T3437.AUM | SKYDROP | Australia | 1651569 | 2021-11-03 | | | 12,35,39 | Registered |
| T3437.EMM | SKYDROP | European Union | 1651569 | 2021-11-03 | | 2022-08-10 | 12,35,39 | Registered |
| T3437.GBM | SKYDROP | United Kingdom | 1651569 | 2021-11-03 | 1651569 | 2022-06-21 | 12,35,39 | Registered |
| T3437.MP | SKYDROP | Madrid Protocol (TM) | 1651569 | 2021-11-03 | | 2021-11-03 | 12,35,39 | Registered |
| T3437.NZM | SKYDROP | New Zealand | 1651569 | 2021-11-03 | | 2024-01-04 | 12,35,39 | Registered |

# EXHIBIT A/B-61
## Internet Domain Names

# EXHIBIT A/B-61

**Flirtey Holdings, Inc. Domain Names**

getskydrop.com
flirtey.com
flythru.com
topdropit.com
skydropit.com
flyskydrop.com
skydropaero.com
skydropaerospace.com

**Fill in this information to identify the case:**

Debtor name __Flirtey Holdings, Inc.__

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**  Creditor's name
Green, Jordan, Noteholders Representative

Describe debtor's property that is subject to a lien
Security interest over all Company's assets     $ 6,348.30     $ _____

Creditor's mailing address
c/o Michelle Hallsten, Greenberg Traurig, LLP
400 Capital Mall, Suite 2400
Sacramento, CA 95814

Describe the lien
_____

Creditor's email address, if known
jordan@jordan.com.au

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2**  Creditor's name
Affirmative Investments

Describe debtor's property that is subject to a lien
Security interest over all Company's assets     $ 15,000.00     $ _____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
andrew@coppininvestments.com

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 2,657,722.82

Debtor _____

Name

Case number *(if known)* _____

---

**Part 1:** | **Additional Page** | | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**

**Creditor's name**

AINEKO PTY LTD

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

simon@pfo.com

simonpilkington74@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　　_____

　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company assets

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$ 45,000.00        $ _____

---

**2.4**

**Creditor's name**

AJ Investments LLC

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

jastreet@jastreet.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　　_____

　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$ 15,000.00        $ _____

---

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

| Part 1: | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**

Angel Investors Marlborough Nominated Limited

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

manager@businesstrustmarlborough.co.nz

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 175,000.00          $ _____

---

**2.6** **Creditor's name**

Archimedes Holding Pty Ltd ATF Quattro Investments Trust

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

danieljosephroney@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 20,000.00          $ _____

---

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number (*if known*)_____

| | Column A | Column B |
|---|---|---|
| **Part 1:**  **Additional Page** | **Amount of claim**  Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** | **Creditor's name**

Barnes Watson Holdings Pty Ltd ATF Barnes Watson Family Trust

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

stevebarnes009@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　　_____

　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 12,000.00 | $ _____

---

**2.8** | **Creditor's name**

Bolling, Carl R.

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

randy@bhlaw.info

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　　_____

　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 25,000.00 | $ _____

---

Debtor    Flirtey Holdings, Inc.
           _____
           Name

Case number (if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** Creditor's name

Boxer Super Pty Ltd ATF Boxer
Superannuation Fund

Creditor's mailing address

_____

_____

Creditor's email address, if known
paulb.sentient@gmail.com

Date debt was incurred    _____

Last 4 digits of account    ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Security interest over all Company's assets
_____
_____

$ 30,008.00          $ _____

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.10** Creditor's name

Brock, James A.

Creditor's mailing address

_____

_____

Creditor's email address, if known
jimmyabrock@gmail.com,
JimmyBrock@consolenergy.com

Date debt was incurred    _____

Last 4 digits of account    ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Security interest over all Company's assets
_____
_____

$ 100,000.00          $ _____

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number *(if known)*_____

| Part 1: | Additional Page |
|---------|-----------------|

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.1** Creditor's name

Brock, Matthew

Describe debtor's property that is subject to a lien

Security interest over all Company's assets

$ 50,000.00                    $ _____

Creditor's mailing address

_____

_____

Describe the lien

_____

Creditor's email address, if known

mbrock202@gmail.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.12** Creditor's name

Brown Family Trust

Describe debtor's property that is subject to a lien

Security interest over all Company's assets

$ 10,000.00                    $ _____

Creditor's mailing address

_____

_____

Describe the lien

_____

Creditor's email address, if known

raddox@charter.net

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

---

**2.13** **Creditor's name**

Camille Lucie (Australia) Pty Ltd
ATF Liaskos Superannuation Fund

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**
jim@liaskos.com.au,

**Date debt was incurred** _____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Do multiple creditors have an interest in the**
**same property?**
☐ No
☒ Yes. Have you already specified the relative
      priority?

      ☐ No. Specify each creditor, including this
            creditor, and its relative priority.

            _____
            _____

      ☐ Yes. The relative priority of creditors is
            specified on lines _____

**Describe debtor's property that is subject to a lien**
Security interest over all Company's assets
_____ $ 30,000.00      $ _____

_____

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.14** **Creditor's name**

Cenika Pty Ltd ATF Cenika Super Fund

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**
nick@cerneaz.com

**Date debt was incurred** _____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Do multiple creditors have an interest in the**
**same property?**
☐ No
☒ Yes. Have you already specified the relative
      priority?

      ☐ No. Specify each creditor, including this
            creditor, and its relative priority.

            _____
            _____

      ☐ Yes. The relative priority of creditors is
            specified on lines _____

**Describe debtor's property that is subject to a lien**
Security interest over all Company's assets
_____ $ 9,246.00      $ _____

_____

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15** Creditor's name

Cherry, Richard James Wilson

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

jwcherry@bigpond.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [X] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets    $ 10,000.00          $ _____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

---

**2.16** Creditor's name

CHM Holdings LLC

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

mquillen@mjqllc.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [X] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets    $ 130,000.00          $ _____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 8 of 39

| Debtor | Flirtey Holdings, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17** Creditor's name

Clyde B and Sylvia K Ratliff Grandchildrens Irrevocable Trust of 2007

Describe debtor's property that is subject to a lien

Security interest over all Company's assets  65,000.00

$_____     $_____

**Creditor's mailing address**

_____

_____

Describe the lien

_____

**Creditor's email address, if known**
cratliff@gascodrilling.us,
bratliff@gascodrilling.us,

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.18** Creditor's name

Culbertson, William M. III and Mary Catherine

Describe debtor's property that is subject to a lien

Security interest over all Company's assets  45,000.00

$_____     $_____

**Creditor's mailing address**

_____

_____

Describe the lien

_____

**Creditor's email address, if known**
wmc31962@gmail.com

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor  Flirtey Holdings, Inc.
Name

Case number (if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.19

**Creditor's name**

DP Shore Family Trust

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

dan@shore-mgmt.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 25,000.00      $ _____

### 2.20

**Creditor's name**

Duncan Jones & Wendy Parrington-Jones ATF DW Fund

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

duncan@sent.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 10,000.00      $ _____

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number *(if known)* _____

| Part 1: | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.21** Creditor's name

EIP

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

hmccann@eip.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 75,260.52　　$ _____

---

**2.22** Creditor's name

Engelkemier, Bret

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

bret.engelkemier@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 35,000.00　　$ _____

---

Debtor    Flirtey Holdings, Inc.
Name

Case number (if known)_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.23** Creditor's name

Fall Family Trust

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**
robin.d.fall@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets    $ 10,000.00    $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.24** Creditor's name

Garden Investments, LLC (Jeffery H. Taylor)

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**
jtaylor@ultrapipeline.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets    $ 12,500.00    $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor   Flirtey Holdings, Inc.
         _____
         Name

Case number *(if known)* _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.25** Creditor's name

Glenn and Estrella Catron

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

drcatron@catrondmd.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

$ 15,000.00        $ _____

---

**2.26** Creditor's name

Hanrine Investments Pty Ltd

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

Daniel_Wade@hancockprospecting.com.au

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all Company's assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

$ 200,000.00        $ _____

---

| Debtor | Flirtey Holdings, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.27** Creditor's name

Harman, Marvin Darrell

Describe debtor's property that is subject to a lien

Security interest over all Company's assets

$ 25,000.00        $ _____

**Creditor's mailing address**

_____

_____

Describe the lien

_____

**Creditor's email address, if known**

drhdds@yahoo.com,
hokiedds67@gmail.com

Is the creditor an insider or related party?

☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.28** Creditor's name

Hartmann Family Super Pty Ltd for Hartmann Superfund

Describe debtor's property that is subject to a lien

Security interest over all Company's assets

$ 1,301.00        $ _____

**Creditor's mailing address**

_____

_____

Describe the lien

_____

**Creditor's email address, if known**

carlhartmann@gmail.com

Is the creditor an insider or related party?

☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor  Flirtey Holdings, Inc.
Name

Case number (if known)_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.29** Creditor's name

Holdsworth Investments Ltd.

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

Bronwen@pultron.com,
zakholdsworth@gmail.com

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 10,000.00    $_____

---

**2.30** Creditor's name

Householder, Ronald W.

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

ronhouseholderdds@gmail.com

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 10,000.00    $_____

Debtor  Flirtey Holdings, Inc.
        Name

Case number (if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Column A** — Amount of claim. Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.31 Creditor's name**

Hurd, Daniel S.

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

dhurd@newriverdermatology.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [X] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

$ 30,000.00    $_____

**2.32 Creditor's name**

Iachini, Errol A

**Creditor's mailing address**

iachini10@hotmail.com
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [X] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

$ 25,000.00    $_____

Debtor  Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.33** Creditor's name

IKIGAI ASSET HOLDINGS PTY LTD, Trustee of the IKIGAI TRUST
_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**
haydenlanghorn@gmail.com
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　_____
　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Security interest over all company assets
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 10,000.00        $_____

---

**2.34** Creditor's name

Joyce, Adam
_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**
adam.joyce@inflite.nz
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　_____
　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Security interest over all company assets
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 32,500.00        $_____

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 17 of 39

Debtor   Flirtey Holdings, Inc.
         Name

Case number (if known)_____

<table>
<tr><td colspan="2"><strong>Part 1:</strong>   <strong>Additional Page</strong></td><td><strong>Column A</strong><br>Amount of claim<br>Do not deduct the value of collateral.</td><td><strong>Column B</strong><br>Value of collateral that supports this claim</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.35** Creditor's name

XAI Family Pty Ltd as trustee for the XAI Superannuation Fund

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**
melissa.a.babbage@gmail.com
joe.hockey@bondipartners.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 100,000.00          $ _____

---

**2.36** Creditor's name

Junglee LLC

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**
sarosh@sfrent.net

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 30,000.00          $ _____

---

Debtor  Flirtey Holdings, Inc.
        _____
        Name

Case number *(if known)*_____

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**Part 1:** | **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.37** Creditor's name

Kelly D. McMillan Revocable Trust

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

kdmcmillan@charter.net

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　　_____

　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 3,074.00   $ _____

---

**2.38** Creditor's name

Kemp, Michael B

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

mike.kemp@rbc.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　　_____

　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 50,000.00   $ _____

---

Debtor   Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.39**

**Creditor's name**

Kidney, Chad and Kelly
_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

cakidney@hotmail.com,
kellyckidney@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 22,500.00    $ _____

---

**2.40**

**Creditor's name**

LaFrance Family Trust
_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

leonardlafrance799@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 75,000.00    $ _____

---

Debtor    Flirtey Holdings, Inc.
          Name

          Case number (if known)_____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.4** Creditor's name

Linda L. Smith Trust

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

$ 35,000.00          $_____

**Creditor's mailing address**

_____

_____

**Describe the lien**

_____

**Creditor's email address, if known**

llsmith2650@aol.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.42** Creditor's name

Link, N Edward Jr and Angela C Link

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

$ 60,000.00          $_____

**Creditor's mailing address**

_____

_____

**Describe the lien**

_____

**Creditor's email address, if known**

eddie.link@rbc.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor  Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | **Column A** | **Column B** |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.43** Creditor's name

LOUIS-ABEYSINGHE TRUST

Describe debtor's property that is subject to a lien

Security interest over all company assets

$ 20,000.00          $ _____

Creditor's mailing address

_____

_____

Describe the lien

_____

Creditor's email address, if known

kem@intextec.com

Is the creditor an insider or related party?

☒ No
☐ Yes

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.44** Creditor's name

Malloy, Allison

Describe debtor's property that is subject to a lien

Security interest over all company assets

$ 9,990.00          $ _____

Creditor's mailing address

_____

_____

Describe the lien

_____

Creditor's email address, if known

allison.malloy@gmail.com

Is the creditor an insider or related party?

☒ No
☐ Yes

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor   Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.45** Creditor's name

Mark Engstrom 401K Profit Sharing

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

Marke@epropinc.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 100,000.00      $ _____

---

**2.46** Creditor's name

McIntyre, Melissa Aiken

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

melissa_mcintyre@bellsouth.net

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 11,250.00      $ _____

---

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.47** Creditor's name

McMillan, James D.

Describe debtor's property that is subject to a lien

Security interest over all company assets

$ 5,000.00                    $ _____

**Creditor's mailing address**

_____
_____

Describe the lien

_____

**Creditor's email address, if known**

jdmecu70@gmail.com,
bmcmillan912@gmail.com

Is the creditor an insider or related party?

[X] No
[ ] Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is anyone else liable on this claim?

[X] No
[ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

[ ] No
[X] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____

    [ ] Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

[ ] Contingent
[ ] Unliquidated
[X] Disputed

---

**2.48** Creditor's name

MCMW Investments LLC

Describe debtor's property that is subject to a lien

Security interest over all company assets

$27,500.00                    $ _____

**Creditor's mailing address**

_____
_____

Describe the lien

_____

**Creditor's email address, if known**

wmc31962@gmail.com,
mwarner@trustpointins.com

Is the creditor an insider or related party?

[X] No
[ ] Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is anyone else liable on this claim?

[X] No
[ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

[ ] No
[X] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____

    [ ] Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

[ ] Contingent
[ ] Unliquidated
[X] Disputed

---

Debtor    Flirtey Holdings, Inc.
Name

Case number (if known)_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.49** Creditor's name

Mendez, Daniel

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

danieljmendez@live.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

$ 25,000.00        $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.50** Creditor's name

Minick Family Trust

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

scott1minick@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

$ 37,500.00        $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor  Flirtey Holdings, Inc.
_____
Name

Case number (*if known*)_____

---

**Part 1:    Additional Page**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.51**  **Creditor's name**

Moir, Robert Allen
_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

bmoir@summittenergyinc.com
_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets
_____
_____

$ 15,000.00    $ _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.52**  **Creditor's name**

Naylor, Gordon
_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

gordon@ns.org.au
_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets
_____
_____

$ 49,990.00    $ _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor   Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.53**

**Creditor's name**

Nguyen, Manthi

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

manthi@manthinguyen.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 30,000.00    $ _____

---

**2.54**

**Creditor's name**

Off The Planet Investments Pty Ltd as trustee for The Grierson Family Trust

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

bill@grierson.net.au

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 70,000.00    $ _____

Debtor    Flirtey Holdings, Inc.
Name

Case number *(if known)*_____

| Part 1: | Additional Page |
|---------|-----------------|

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.55** Creditor's name

Rebstenic Pty Ltd ATF
Gibbs Family Super Fund

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**
david@gibbs.com.au

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　　_____
　　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Security interest over all company assets
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 15,000.00          $_____

**2.56** Creditor's name

Ross H Golding Revocable Trust

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**
infinity8@rossgoldingmd.com

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　　_____
　　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Security interest over all company assets
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 100,000.00          $_____

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 28 of 39

| Debtor | Flirtey Holdings, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (if known) _____ |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.57** Creditor's name

Samuel R. Haugh Revocable Trust

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

sam.haugh@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

Column A: $ 3,074.00

Column B: $ _____

---

**2.58** Creditor's name

Sewell, James Stewart

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

jamessewellemail@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

Column A: $ 10,000.00

Column B: $ _____

---

Debtor  Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.59** **Creditor's name**

Shelton, Joshua and Catherine Culbertson-Shelton

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

joshua.d.shelton@gmail.com
catherineanne.culbertson@gmail.com,

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $ 15,000.00

Column B: $ _____

---

**2.60** **Creditor's name**

Smith Jr, Ronald Layne

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

ronsmithvt@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $ 60,000.00

Column B: $ _____

---

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.61 Creditor's name**

SMS Group Pty Ltd ATF SMS Trust

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

sacks.steve@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 10,000.00    $_____

---

**2.62 Creditor's name**

Storage Biz Holdings LLC

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

ljdomino@yahoo.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 15,000.00    $_____

Debtor  Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

| | |
|---|---|
| **Part 1:** | **Additional Page** |

| Column A | Column B |
|---|---|
| **Amount of claim** | **Value of collateral** |
| Do not deduct the value of collateral. | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.63** **Creditor's name**

Sweeny, Matthew

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

matt@flirtey.com

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 15,000.00        $_____

---

**2.64** **Creditor's name**

Tahoe Family Trust

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

rolandws@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 30,000.00        $_____

Debtor    Flirtey Holdings, Inc.
          Name

Case number (if known)_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.65** Creditor's name

Tekkorp Kapital LLC

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

matt.davey@tekkorp.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

$ 25,000.00    $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.66** Creditor's name

Terrell B. Jones Revocable Trust

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

terry@tbjones.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

$ 10,000.00    $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.67 Creditor's name**

The Catherine and Gregory Woodson Family Trust

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

woodsonski@yahoo.com

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 50,000.00        $ _____

**2.68 Creditor's name**

The Culvey Group, A Limited Company

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

wmc31962@gmail.com

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 67,500.00        $ _____

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.69** Creditor's name

The Griffin and Laura Kirsch Revocable Living Trust

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**
griffin@gkwealthmanagement.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Security interest over all company assets
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 5,000.00          $ _____

---

**2.70** Creditor's name

The Mark S Zetter and Gail W Zetter Revocable Trust

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**
markz989@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Security interest over all company assets
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 8,000.00          $ _____

---

Debtor    Flirtey Holdings, Inc.
Name _____

Case number *(if known)* _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7¹ Creditor's name**

The Shane A. Johnson Trust

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

$ 20,000.00      $ _____

**Creditor's mailing address**

_____

_____

**Describe the lien**

_____

**Creditor's email address, if known**

shane@paintbrushadvisors.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.7² Creditor's name**

Thompson, James C.

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

$ 37,500.00      $ _____

**Creditor's mailing address**

_____

_____

**Describe the lien**

_____

**Creditor's email address, if known**

jthompson@t-l.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

| Debtor | Flirtey Holdings, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (if known)_____ |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.73** Creditor's name

Zillionize Pty Ltd

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

Mathew.Vandervoort@zillionize.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 5,681.00        $ _____

---

**2.74** Creditor's name

Tomcat Services LLC

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

cratliff@gascodrilling.us,

bratliff@gascodrilling.us

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interest over all company assets

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

$ 50,000.00        $ _____

Debtor  Flirtey Holdings, Inc.
Name _____

Case number *(if known)*_____

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** Creditor's name

Williams, Anton Nicholas Dylan

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

andwilliams@hotmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Security interests over all company assets  $ 10,000.00     $ _____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2._** Creditor's name

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $ _____     $ _____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor    Flirtey Holdings, Inc.
_____    Case number (*if known*)_____
          Name

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    Flirtey Holdings, Inc.

United States Bankruptcy Court for the: _____ District of _____
                                                    (State)

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2**   **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3**   **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor    Flirtey Holdings, Inc.
          Name                                          Case number (if known)

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   |   | Amount of claim |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address
DLA Piper LLP (US)

200 University Avenue
East Palo Alto, CA 94303-2214

As of the petition filing date, the claim is: **$ 80,667.49**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid service fees

Date or dates debt was incurred    2023
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2**  Nonpriority creditor's name and mailing address
Richards, Layton & Finger, P.A.

920 North King Street
Wilmington, DE 19801

As of the petition filing date, the claim is: **$ 12,712.95**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid service fees

Date or dates debt was incurred    2023
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3**  Nonpriority creditor's name and mailing address
EIP

Fairfax House, 15 Fulwood Place
London WC1V 6HU, United Kingdom

As of the petition filing date, the claim is: **$ 65,000.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid service fees

Date or dates debt was incurred    2023
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4**  Nonpriority creditor's name and mailing address
Matthew Sweeny, Director

P.O. Box 300
Blountville, TN 37617

As of the petition filing date, the claim is: **$ 45,000.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Director Fees

Date or dates debt was incurred    8/2023 - 1/2024
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.5**  Nonpriority creditor's name and mailing address
Skyler Kachurak, Director

440 Brittany Ave.
Reno, NV 89509

As of the petition filing date, the claim is: **$ 18,333.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Director Fees

Date or dates debt was incurred    8/2023 - 1/2024
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6**  Nonpriority creditor's name and mailing address
Brandon Smith, Director

3975 Wixom Drive, Unit C
Reno, NV 89503

As of the petition filing date, the claim is: **$ 14,167.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Director Fees

Date or dates debt was incurred    8/2023 - 1/2024
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number *(if known)*_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  Flirtey Holdings, Inc.
Name

Case number (*if known*)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | Total of claim amounts |
|---|---|
| 5a. **Total claims from Part 1** | 5a. $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + $ 235,880.44 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. $ 235,880.44 |

**Fill in this information to identify the case:**

Debtor name      Flirtey Holdings, Inc.

United States Bankruptcy Court for the:_____    District of    Nevada
                                                                          (State)

Case number (If known):    _____    Chapter    7

☐ Check if this is an
  amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    Flirtey Holdings, Inc.

United States Bankruptcy Court for the: _____ District of Nevada
                                                                              (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name      Flirtey Holdings, Inc.

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known):      _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From _____ to   Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From _____ to   Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $_____ |

Debtor    Flirtey Holdings, Inc.
_____    Case number (if known)_____
          Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | BDO Auckland<br>Creditor's name<br>Level 4, BDO Centre, 4 Graham Street<br>Street<br>PO  Box 2219, Auckland 1140, New Zealand<br><br>City      State      ZIP Code | 2/2/2024 | $ 12,848.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Accounting fees related to tax filings, etc. |
| 3.2. | Creditor's name<br><br>Street<br><br>City      State      ZIP Code | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br><br>Street<br><br>City      State      ZIP Code<br><br>**Relationship to debtor** | | $_____ | _____<br>_____<br>_____ |
| 4.2. | Insider's name<br><br>Street<br><br>City      State      ZIP Code<br><br>**Relationship to debtor** | | $_____ | _____<br>_____<br>_____ |

Debtor    Flirtey Holdings, Inc.                    Case number *(if known)*_____
<br>         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State     ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City          State     ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City          State     ZIP Code | |

Debtor    Flirtey Holdings, Inc.
_____    Case number (if known)_____
Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| _____ | _____ | Name |
| City          State        ZIP Code | **Case number** | Street |
| | _____ | City        State        ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| _____ | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____<br>Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| _____ | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

---

Debtor    Flirtey Holdings, Inc.                 Case number *(if known)* _____
<br>Name

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $ _____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

Debtor    Flirtey Holdings, Inc.
_____    Case number *(if known)*_____
         Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | _____ Street _____ City          State    ZIP Code | From _____ | To _____ |
| 14.2. | _____ Street _____ City          State    ZIP Code | From _____ | To _____ |

---

Debtor    Flirtey Holdings, Inc.             Case number *(if known)*_____
       Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

—   diagnosing or treating injury, deformity, or disease, or

—   providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| **15.2.** _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

       Does the debtor have a privacy policy about that information?

       ☐ No

       ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

       Has the plan been terminated?

       ☐ No

       ☐ Yes

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name _____ Street _____ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name _____ Street _____ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City   State   ZIP Code | _____ _____ _____ Address _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City   State   ZIP Code | _____ _____ _____ Address _____ | _____ _____ _____ | ☐ No ☐ Yes |

Debtor   Flirtey Holdings, Inc.
_____
Name

Case number (if known)_____

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City      State      ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City      State      ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City      State      ZIP Code | City      State      ZIP Code | | |

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number *(if known)*_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City State ZIP Code | _____ City State ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Flirtey Inc. <br>Name<br> 4920 Brookside Court <br>Street<br> Reno        NV   89502 <br>City    State   ZIP Code | Wholly owned subsidiary | EIN: _4_ _7_ – _2_ _0_ _7_ _3_ _5_ _4_ _3_ <br>**Dates business existed**<br> From 2014   To 2023 |
| 25.2. | Flirtey Limited (New Zealand) <br>Name<br> BDO Auckland, Level 4, BDO Centre <br>Street<br> 4 Graham Street <br> Auckland Centre, Auckland 1010 <br>City    State   ZIP Code | Wholly owned subsidiary | EIN: __ __ _588483_ __ __ __ __ <br>**Dates business existed**<br> From 2015   To 2023 |
| 25.3. | Flirtey Technology Pty. Ltd. (Australia) <br>Name<br> Innovation Center Suite 145 <br>Street<br> 4 Cornwallis Street <br> Everleigh, NSW <br>City    State   ZIP Code | Wholly owned subsidiary (deregistered) | EIN: ACN 165-993-313 __ __ __ <br>**Dates business existed**<br> From 2013   To 2021 |

---

Debtor    Flirtey Holdings, Inc.
          _____          Case number (if known)_____
          Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | Douglas Harrison | From 2017    To 2023 |
| Name |
| 4151 W. Hidden Valley Drive |
| Street |
| Reno                    NV              89502 |
| City                    State            ZIP Code |

| Name and address | Dates of service |
|---|---|
| 26a.2. | Michael D. Bosma | From 2017    To 2023 |
| Name |
| 401 Ryland Street, Suite 300 |
| Street |
| Reno                    NV              89502 |
| City                    State            ZIP Code |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | | From _____    To _____ |
| Name |
| Street |
| City                    State            ZIP Code |

| Name and address | Dates of service |
|---|---|
| 26b.2. | | From _____    To _____ |
| Name |
| Street |
| City                    State            ZIP Code |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Flirtey Inc. | |
| Name |
| 4920 Brookside Court |
| Street |
| Reno                    NV              89502 |
| City                    State            ZIP Code |

---

Debtor    Flirtey Holdings, Inc.                                     Case number (if known)_____
_____Name_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ | _____ |
| Name | |
| _____ | _____ |
| Street | |
| _____ | _____ |
| City                State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Unknown.  VP Finance left the company |
| Name |
| _____ |
| Street |
| _____ |
| City                State        ZIP Code |

| Name and address |
|---|
| 26d.2. _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                State        ZIP Code |

Debtor    Flirtey Holdings, Inc.
_____
Name

Case number *(if known)*_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2. _____
Name

_____
Street

_____

_____
City                                    State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Sweeny | P.O. Box 300, Blountville, TN 37617 | Director | 18 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
   ☐ No
   ☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Skyler Kachurak | 440 Brittany Ave., Reno, NV 89509 | Director | From 8/16/23 To 1/31/24 |
| Brandon Smith | 3975 Wixom Dr. Unit C, Reno, NV 89503 | Director | From 8/16/23 To 1/31/24 |
| Mark Zetter | (address requested) | Director | From _____ To 8/14/23 |
| Gregory Woodson | PO Box 5279, Incline Village, NV 89450 | Director | From _____ To 8/14/23 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
   ☑ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | _____ |
| _____<br>Street | | | |
| _____ | | _____ | |
| _____<br>City                State          ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    Flirtey Holdings, Inc.
Name

Case number (if known)_____

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | Name | | _____ |
| | Street | | _____ |
| | City            State        ZIP Code | | _____ |
| | Relationship to debtor | | _____ |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

Name of the parent corporation

_____

Employer identification number of the parent corporation

EIN: __ __ – __ __ __ __ __ __ __

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

Name of the pension fund

_____

Employer identification number of the pension fund

EIN: __ __ – __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/23/2024
                MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of the debtor

Printed name    Matthew Sweeny

Position or relationship to debtor    Director

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☑ Yes

Debtor:  Flirtey Holdings, Inc.
Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207)

## Part 13: Additional Page - Details About the Debtor's Business or Connections to Any Business

**25.    Other business in which the debtor has or has had an interest**

25.4    Business Name and Address:
        Flirtey America Inc.
        4940 Brookside Court
        Reno, NV 89502
        Nature of Business:    Related entity (dissolved)
        Employer identification number:      35-2651693
        Date business existed: 2019

**26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.**

26c.3   Michael D. Bosma, CPA
        401 Ryland Street, Suite 300
        Reno, NV 89502

26c.4   Matthew Sweeny
        P.O. Box 300
        Blountville, TN 37617

**29.    Within 1 year before the filing of this case, did the debtor have offices, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

29.    Name: Meliisa Babbage
       Address:      Terraces Level 2
                     155 George Street
                     The Rocks, NSW 2000
       Position:     Director
       Period:       From _____ To 7/3/23

       Name: Douglas Harrison
       Address:      4151 W Hidden Valley Drive
                     Reno, NV 89502
       Position:     Former VP Finance
       Period:       From _____ To _____

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of  Nevada_____

**In re**

Flirtey Holdings, Inc.                              Case No. _____

**Debtor**                                          Chapter _7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 7,500.00_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00_____

2.  The source of the compensation paid to me was:

    ☐ Debtor           ☑ Other (specify) Wholly owned subsidiary, Flirtey Inc.

3.  The source of compensation to be paid to me is:

    ☑ Debtor           ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid">

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  _2/23/2024_         _/s/ Thomas H. Fell_
*Date*                 *Signature of Attorney*

                 Fennemore Craig, P.C.
                 *Name of law firm*

</div>

**United States Bankruptcy Court**
**District of Nevada**

In re __FLIRTEY HOLDINGS, INC._____     Case No. _____
                                     Debtor(s)        Chapter _____7_____

## VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached

list of creditors is true and correct to the best of my knowledge.

____02/23/2024_____                    _____
Date                                     Matthew Sweeny/Director
                                         Signer/Title

FLIRTEY HOLDINGS, INC.
P.O. BOX 300
BLOUNTVILLE, TN 37617

FLIRTEY HOLDINGS, INC.
4920 BROOKSIDE COURT
RENO, NV 89502

DLA PIPER LLP (US)
200 UNIVERSITY AVENUE
EAST PALO ALTO, CA
94303-2214

EIP
FAIRFAX HOUSE
15 FULWOOD PLACE
LONDON WC1V 6HU
UNITED KINGDOM

GREEN, JORDAN
C/O MICHELLE HALLSTEN
GREENBERG TRAURIG, LLP
400 CAPITAL MALL, STE 2400
SACRAMENTO, CA 95814

KACHURAK, SKYLER
440 BRITTANY AVENUE
RENO, NV 89509

RICHARDS, LAYTON &
FINGER, P.A.
920 NORTH KING STREET
WILMINGTON, DE 19801

SMITH, BRANDON
3975 WIXOM DRIVE, UNIT 6
RENO, NV 89509

SWEENY, MATTHEW
P.O. BOX 300
BLOUNTVILLE, TN 37617

UNITED STATES TRUSTEE
300 BOOTH STREET #3009
RENO, NV 89509

DEPT OF EMPLOYMENT,
TRAINING & REHAB
EMPLOYMENT SECURITY
DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 1910-
7346

NEVADA DEPARTMENT OF
TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
AVE., SUITE 1300
LAS VEGAS, NV 89101

U.S. SMALL BUSINESS
ADMINISTRATION
OFFICE OF GENERAL COUNSEL
312 N. SPRING ST.,
5TH FLOOR
LOS ANGELES, CA 90012

## FLIRTEY HOLDINGS, INC. NOTEHOLDERS:

| | | |
|---|---|---|
| AFFIRMATIVE INVESTMENTS | AINEKO PTY LTD | AJ INVESTMENTS LLC |
| ANGEL INVESTORS MARLBOROUGH NOMINEE LIMITED | ARCHIMEDES HOLDING PTY LTD ATF QUATTRO INVESTMENTS TRUST | BARNES WATSON HOLDINGS PTY LTD ATF BARNES WATSON FAMILY TRUST |
| BOLLING, CARL R | BOXER SUPER PTY LTD ATF BOXER SUPERANNUATION FUND | BROCK, JAMES A |
| BROCK, MATTHEW | BROWN FAMILY TRUST | CAMILLE LUCIE (AUSTRALIA) PTY LTD ATF LIASKOS SUPERANNUATION FUND |
| CENIKA PTY LTD ATF CENIKA SUPER FUND | CHERRY, RICHARD JAMES WILSON | CHM HOLDINGS LLC |
| CLYDE B AND SYLVIA K RATLIFF GRANDCHILDRENS IRREVOCABLE TRUST OF 2007 | CULBERTSON, WILLIAM M. III AND MARY CATHERINE | DP SHORE FAMILY TRUST |
| DUNCAN JONES & WENDY PARRINGTON-JONES ATF DW FUND | EIP | ENGELKEMIER, BRET |
| FALL FAMILY TRUST | GARDEN INVESTMENTS, LLC (JEFFERY H. TAYLOR) | GLENN AND ESTELLA CATRON |
| GREEN, JORDAN | HANRINE INVESTMENTS PTY LTD | HARMAN, MARVIN DARRELL |
| HARTMANN FAMILY SUPER PTY LTD FOR HARTMANN SUPERFUND | HOLDSWORTH INVESTMENTS LTD. | HOUSEHOLDER, RONALD W. |
| HURD, DANIEL S | IACHINI, ERROL A | IKIGAI ASSET HOLDINGS PTY LTD, TRUSTEE OF THE IKIGAI TRUST |
| JOYCE, ADAM | JUNGLEE LLC | KELLY D. MCMILLAN REVOCABLE TRUST |
| KEMP, MICHAEL B | KIDNEY, CHAD AND KELLY | LAFRANCE FAMILY TRUST |
| LINDA L. SMITH TRUST | LINK, N EDWARD JR AND ANGELA C LINK | LOUIS-ABEYSINGHE TRUST |
| MALLOY, ALLISON | MARK ENGSTROM 401K PROFIT SHARING | MCINTYRE, MELISSA AIKEN |
| MCMILLAN, JAMES D. | MCMW INVESTMENTS LLC | MENDEZ, DANIEL |

| MINICK FAMILY TRUST | MOIR, ROBERT ALLEN | NAYLOR, GORDON |
|---|---|---|
| NGUYEN, MANTHI | OFF THE PLANET INVESTMENTS PTY LTD AS TRUSTEE FOR THE GRIERSON FAMILY TRUST | REBSTENIC PTY LTD ATF GIBBS FAMILY SUPER FUND |
| ROSS H GOLDING REVOCABLE TRUST | SAMUEL R. HAUGH REVOCABLE TRUST | SEWELL, JAMES STEWART |
| SHELTON, JOSHUA AND CATHERINE CULBERTSON-SHELTON | SMITH JR, RONALD LAYNE | SMS GROUP PTY LTD ATF SMS TRUST |
| STORAGE BIZ HOLDINGS LLC | SWEENY, MATTHEW | TAHOE FAMILY TRUST |
| TEKKORP KAPITAL LLC | TERRELL B. JONES REVOCABLE TRUST | THE CATHERINE AND GREGORY WOODSON FAMILY TRUST |
| THE CULVEY GROUP, A LIMITED COMPANY | THE GRIFFIN AND LAURA KIRSCH REVOCABLE LIVING TRUST | THE MARK S ZETTER AND GAIL W ZETTER REVOCABLE TRUST |
| THE SHANE A. JOHNSON TRUST | THOMPSON, JAMES C | TOMCAT SERVICES LLC |
| WILLIAMS, ANTON NICHOLAS DYLAN | XAI FAMILY PTY LTD AS TRUSTEE FOR THE XAI SUPERANNUATION FUND | ZILLIONIZE PTY LTD |

## FLIRTEY HOLDINGS, INC. STOCKHOLDERS:

| | | |
|---|---|---|
| 15 ANGELS II LLC | 18 KNOT VENTURES PTY LTD | ACE INVESTMENTS PARTNERS LTD |
| ACINDEX CAPITAL LIMITED | AFFIRMATIVE INVESTMENTS | A-FOF-18-FUND, A SERIES OF AX-MIEIES-FUNDS, LLC |
| AINEKO PTY LTD | AJ INVESTMENTS LLC | ALAN ANTWON KHOURY |
| ALLISON MALLOY | AMASIA FUND I, LP | ANDREW JORGENSEN |
| ANDRIANAH KILGORE | ANTON NICHOLAS DYLAN WILLIAMS | ASHEK PTY LTD |
| ASHLEY ARMSTRONG | ATUL V MINOCHA | BARBER FAMILY TRUST |
| BAREWARE GLOBAL PTY LTD FOR VENEZIA FAMILTY TRUST | BARNES WATSON HOLDINGS PTY LTD ATF BARNES WATSON FAMILY TRUST | BARRY & LYNDA KELLER FAMILY 2003 REVOCABLE TRUST |
| BENJAMIN LEE | BIZCAPITAL PTY LTD | BLACKBIRD VENTURES |
| BOUTTE FAMILY INVESTMENTS LLC | BOXER SUPER PTY LTD ATF BOXER SUPERANNUATION FUND | BRAD HADDOCK |
| BRANDON SMITH | BRENDAN ORTIZ | BRET ENGELKEMIER |
| BRIAN B PHELPS | BROWN FAMILY TRUST | CAMERON DAVID RYAN |
| CAMERON WALTERS | CAMILLE LUCIE (AUSTRALIA) PTY LTD ATF LIASKOS SUPERANNUATION FUND | CARL HARTMAN |
| CARL R BOLLING | CAROL HAMEL TURCZYN | CENIKA PTY LTD ATF CENIKA SUPER FUND |
| CHAD AND KELLY KIDNEY | CHM HOLDINGS LLC | CHRISTOPHER ELLIS |
| CLI VENTURES | CLYDE B AND SYLVIA K RATLIFF GRANDCHILDRENS IRREVOCABLE TRUST OF 2007 | COOINDA CORPORATION PTY LTD ATF JOHN S PRICE SUPERANNUATION PLAN |
| CSJ ASSETS, LLC | DAN SHORE | DANHUA CAPITAL L.P. |
| DANIEL MENDEZ | DANIEL MITCHELL | DANIEL S HURD |
| DANIEL SMALL | DAVID A. STREET | DLK SUPERANNUATION |
| DOUGLAS HARRISON | DOWD FAMILY 2005 TRUST DATED MAY 31, 2005 | DP SHORE FAMILY TRUST |
| DRAGONFLY VENTURES PTY LTD AS TRUSTEE FOR DRAGONFLY  CAPITAL FUND | DUNCAN JONES & WENDY PARRINGTON-JONES ATF DW FUND | DYLAN TAYLOR |

| | | |
|---|---|---|
| EAST RIVER METALS INC | EDISON NGUYEN FAMILY SUPER AS TRUSTEE FOR THE EDISON NGUYEN SUPERANNUATION FUND | EDWARD PUTNAM |
| ERROL A IACHINI | F50 VENTURES FUND, LP. | FALL FAMILY TRUST |
| FARSHAD MESHKATI | FL FUND I, A SERIES OF MIER SPECIAL OPPORTUNITIES, LP | GARY CROCKER |
| GARY HEARL | GEOFFREY CHRISMAN | GLENN AND ESTELLA CATRON |
| GOFF FAMILY LIVING TRUST | GOODWATER CAPITAL | GORDON NAYLOR |
| GRANT KILGORE | HAMISH GRANT ATF HAMISH GRANT FAMILY UNIT TRUST | HANRINE INVESTMENTS PTY LTD |
| HARTMANN FAMILY SUPER PTY LTD FOR HARTMANN SUPERFUND | HARTZ FAMILY TRUST | HOLDSWORTH INVESTMENTS LTD. |
| IAN NAREV | ICEHOUSE VENTURES NOMINEES LIMITED | INNOVATION INVESTMENT FUND |
| IN-Q-TEL, INC. | INTERNATIONAL LAWYERS GROUP LLC | JACK KENNEDY |
| JAMES A BROCK | JAMES C THOMPSON | JAMES P RICHARDSON |
| JAMES STEWART SEWELL | JAN WOUTER KRUYT | JASON SCHMITT |
| JEFF STEERE | JEREMY FRIES | JESS HAYDEN |
| JOANNA SOUSA | JOE RINALDI | JOHN FOGGIA |
| JOHN WILLIAM BAUER AND CLAIRE KATY BAUER ATF SETEAIS SUPER FUND | JORDAN GREEN | JOSHUA SHELTON AND CATHERINE CULBERTSON-SHELTON |
| JUNGLEE LLC | JUSTIN KAN | JUSTIN T. WALDRON REVOCABLE TRUST |
| JUSTIN WONG | KAREN LEE AND TIM PARSONS | KELLY D. MCMILLAN REVOCABLE TRUST |
| KEVIN S CRUTCHFIELD | LAFRANCE FAMILY TRUST | LEANNE LIVINGSTONE |
| LEVER STREET INVESTMENTS LTD | LINDA L. SMITH TRUST | LOWERCASE CAPITAL |
| LUKE SPENCER | MAHYA INVESTMENTS PTY. LTD. ATF MAHYA SUPERANNUATION FUND | MANTHI NGUYEN |
| MARK ENGSTROM 401K PROFIT SHARING | MARK GENUNG | MARVIN DARRELL HARMAN |

| | | |
|---|---|---|
| MATTHEW BROCK | MATTHEW SWEENY | MCFLIRTEY INVESTMENTS LLC |
| MCMW INVESTMENTS LLC | MELISSA BABBAGE | MENLO ENTREPRENEURS XII |
| MENLO VENTURES XII | MICHAEL B KEMP | MICHAEL MUNTISOV ATF THE MK TRUST |
| MIERCA, LLC | MINICK FAMILY TRUST | MMEF XII |
| N EDWARD LINK JR AND ANGELA C LINK | NABLUS INVESTMENTS PTY LTD | NATHANIEL JUSTIN KAN REVOCABLE TRUST |
| NEIL CONRAD CARTER | NG & KIM SEED CAPITAL I | NICHOLAS BORDEN |
| NISHU VARMA | NURZHAS MAKISHEV | OFF THE PLANET INVESTMENTS PTY LTD AS TRUSTEE FOR THE GRIERSON FAMILY TRUST |
| ONCE NO 99 ATF REKLAW SUPER FUND | ONEONETEN INVESTMENT | ORFANOS SUPERANNUATION FUND |
| PALLAK SETH | PARTECH ENTREPRENEUR II FCPI | PASCAL LEVY DIT GARBOUA |
| PATRICIA TOOTH | PECOT MELLE INVESTMENTS PTY LTD | PETER WILMSHURST |
| QUALCOMM GLOBAL TRADING PTE. LTD. | RAGSS QOZB, INC. | REBSTENIC PTY LTD ATF GIBBS FAMILY SUPER FUND |
| ROBERT MYLES RINER AND SUSAN L PRIDMORE REVOCABLE TRUST | ROBIN VANDORST | RONALD LAYNE SMITH JR |
| ROSS H GOLDING REVOCABLE TRUST | ROWAN WALLER | RYAN WILLIAMS |
| SABBI HAIDER | SAMANTHA SHARIF | SAMUEL R. HAUGH REVOCABLE TRUST |
| SHEENOVATE PTY LTD ATF SHEENOVATE TRUST | SHINJI KIMURA | SHYAM CHIDAMBER |
| SILICON VALLEY BANK | SJ JIACHENG US INVESTMENT I, L.P. | SKYLER KACHURAK |
| SMS GROUP PTY LTD ATF SMS TRUST | SPERLAZZA FAMILY TRUST | STACY CROCKET |
| STANFORD BUSINESS SCHOOL | STANFORD ENGINEERING SCHOOL | STARTMATE PTY LTD AS TRUSTEE FOR THE STARTMATE EXPLORATION HOLDINGS FUND |
| STEPHEN CHEN | STEVE JOHNSON | STORAGE BIZ HOLDINGS LLC |

| | | |
|---|---|---|
| TAHOE FAMILY TRUST | TEKKORP KAPITAL LLC | TEKTON VENTURES |
| TERRELL B. JONES REVOCABLE TRUST | THE CATHERINE AND GREGORY WOODSON FAMILY TRUST | THE COVEC 1988 LIVING TRUST |
| THE LEVY REVOCABLE TRUST U/A/D 03/06/13 | THE MARK S ZETTER AND GAIL W ZETTER REVOCABLE TRUST | THE SHANE A. JOHNSON TRUST |
| THE TODD AND JOAN LEUTHEUSER TRUST | THEILER FAMILY TRUST | THOMAS B REEVES |
| TOM BASS | TOMCAT SERVICES LLC | TRANS-ATLANTIC GROUP, INC. |
| TZU-HSAING LIN | VAANMARAI PTY LTD | VIMBRA GROUP, INC. |
| WARREN HANCOCK | WEFUNDER PORTFOLIO LLC ORANGE III | WILLIAM M. CULBERTSON III AND MARY CATHERINE CULBERTSON |
| WONG FAMILY REVOCABLE TRUST | WOOWA BROTHERS ASIA HOLDINGS PTE LTD | WORLD INNOVATION LAB |
| XAI FAMILY PTY LTD AS TRUSTEE FOR THE XAI SUPERANNUATION FUND | Y COMBINATOR CONTINUITY HOLDINGS I LLC | YCOMBINATOR INVESTMENTS, LLC SERIES S15 |
| YCVC FUND I, L.P. | ZHEN PARTNERS FUND III, L.P. | ZILLIONIZE PTY LTD |

**United States Bankruptcy Court**
**District of Nevada**

In re ___FLIRTEY HOLDINGS, INC._____          Case No. _____
                                                    Debtor(s)          Chapter _____7_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __FLIRTEY HOLDINGS, INC.__ in the above caption action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


2/23/2024                                        */s/ Thomas H. Fell*
_____                 _____
Date                                             Thomas H. Fell, #3717
                                                 Signature of Attorney or Litigant
                                                 Counsel for FLIRTEY HOLDINGS, INC.
                                                 Fennemore Craig, P.C.
                                                 9275 W. Russell Road, Suite 240
                                                 Las Vegas, NV 89148
                                                 (702) 692-8000 Fax: (702) 692-8099
                                                 TFell@fennemorelaw.com